■ In the Matter of the Claim of SARAH ALLEN, Respondent, v. SYLVANIA ELECTRIC CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.